```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Currency Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Currency Forfeiture Section
California Bar No. 110984
     United States Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone:  (213) 894-5710
     Facsimile:  (213) 894-7177
     E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>$59,980.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____<br>OSCAR TAPIA ZARAGOZA,<br><br>    Claimant.<br>_____ | No.: CV 11-01297-JVS(RNBx)<br><br>**AMENDED CONSENT JUDGMENT** |

    The civil forfeiture action captioned above was commenced on August 29, 2011. Claimant OSCAR TAPIA Zaragoza ("Claimant") filed a claim on October 12, 2011. No other claims were filed and the time for filing claims and answers has expired.

1      Plaintiff and Claimant have made a stipulated request for
2 the entry of this consent judgment of forfeiture resolving all
3 claims concerning the defendant $59,980.00 in U.S. currency
4 ("defendant currency") (Currency ID No. 10-DEA-533109).
5      The Court has been duly advised of and has considered the
6 matter.  Based upon the mutual consent of the parties hereto and
7 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
8 **AND DECREES** that the defendant currency (Currency Id. No. 10-
9 FBI-531836) and all interest earned on the entirety of the
10 defendant currency since seizure, is hereby returned to the
11 Claimant.  In addition, the government shall pay to the Claimant
12 $13,000.00 in expenses incurred in this action pursuant to 28
13 U.S.C. § 2465(b).  The Claimant shall provide wire transfer
14 information needed to make the payment electronically.
15      The Court finds that there was reasonable cause for the
16 seizure of the defendant currency and the institution of this
17 action.  This consent judgment shall be construed as a
18 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

```
 1  Except as otherwise provided above, each of the parties shall
 2  bear its own fees and costs in connection with the seizure,
 3  retention and return of the defendant currency.
 4  DATED:  November 30, 2014
 5
 6
 7                       _____
                         THE HONORABLE JAMES V. SELNA
 8                       UNITED STATES DISTRICT JUDGE
 9
10  Presented by:
11
12  STEPHANIE YONEKURA
    Acting United States Attorney
13  ROBERT E. DUGDALE
    Assistant United States Attorney
14  Chief, Criminal Division
    STEVEN R. WELK
15  Assistant United States Attorney
16  Chief, Currency Forfeiture Section
17
18          /S/
    _____
19  FRANK D. KORTUM
    Assistant United States Attorney
20
21  Attorney for Plaintiff
    UNITED STATES OF AMERICA
22
23
24
25
26
27
28
```

3